■ In the Matter of ANDREA GAILLARD, Appellant, v HOWARD SAFIR, as Police Commissioner of the City of New York, et al., Respondents. [677 NYS2d 465] —Judgment (denominated an order), Supreme Court, New York County (Beatrice Shainswit, J.), entered July 11, 1997, which denied petitioner's application to annul respondents' determination denying petitioner an accidental disability pension, and dismissed the petition, unanimously affirmed, without costs.

Substantial evidence supports the Medical Board's finding that petitioner has a disabling rheumatologic disorder. The Board of Trustees was entitled to rely on the Medical Board's opinion that such disorder cannot be attributed to any one or combination of petitioner's line of duty injuries (see, *Matter of Drayson v Board of Trustees*, 37 AD2d 378, 381, *affd* 32 NY2d 852; *Matter of Simmons v Herkommer*, 62 NY2d 711; *cf.*, *Matter of Meyer v Board of Trustees*, 90 NY2d 139, 148-152). Concur—Rosenberger, J. P., Ellerin, Nardelli and Williams, JJ.

■ In the Matter of KEENE J., a Person Alleged to be a Juvenile Delinquent, Appellant. [677 NYS2d 465] —Order of disposition, Family Court, Bronx County (Terrence McElrath, J.), entered on or about May 20, 1997, which adjudicated appellant a juvenile delinquent, upon a fact-finding determination that appellant committed an act, which, if committed by an adult, would constitute the crime of attempted assault in the third degree, and placed him with the Division for Youth, limited secure, for a period of 12 months, unanimously affirmed, without costs.

The verdict was based upon legally sufficient evidence and was not against the weight of the evidence. There was ample evidence from which the court could infer that when appellant struck the complainant in the head, he did so with intent to cause physical injury (*Matter of Marcel F.*, 233 AD2d 442). Concur—Rosenberger, J. P., Ellerin, Nardelli and Williams, JJ.